**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KUSHCO HOLDINGS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Lead Case No. 8:19-cv-00998-JLS-KES <br><br> (Consolidated with Case No. 8:19-cv-01070-JLS-KES) |
| This Document Relates To: <br><br> All Actions | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |

The Court having considered the Stipulation Regarding Dismissal Without Prejudice submitted by the Parties in the Action:

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed without prejudice; and
2. Plaintiff and Defendants shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: September 27, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE